IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00304-MSK-MJW

ASHLEY DROLLINGER, individually and on behalf of similarly situated persons,

Plaintiff,

v.

NETWORK GLOBAL LOGISTICS, LLC,
ACTION COURIERS, INC, and
MEDICAL LOGISTIC SOLUTIONS, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the parties' Joint Motion to Participate in May 2, 2016 Case Management Conference Via Telephone (Docket No. 33) is GRANTED. Counsel for the parties shall conference together first and then jointly call the court's chambers (303-844-2403) at the scheduled time.

Date: April 27, 2016