IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

| | | | |
|---|---|---|---|
| Civil Action No: | 16-cv-00304-MSK-MJW | Date: | August 22, 2017 |
| Courtroom Deputy: | Stacy Libid | FTR: | Courtroom A-502 |

| *Parties:* | *Counsel:* |
|---|---|
| ASHLEY DROLLINGER, individually and on behalf of similarly situated persons, | Mark Potashnick |
| Plaintiff, | |
| v. | |
| NETWORK GLOBAL LOGISTICS, LLC, ACTION COURIERS, INC., and MEDICAL LOGISTIC SOLUTIONS, LLC, | Christopher Heery Adam Smedstad |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**9:33 a.m.**      **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding update on discovery regarding FLSA claims.

**It is ORDERED:**      A **TELEPHONIC STATUS CONFERENCE** is set **on NOVEMBER 7, 2017 at 9:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Parties shall appear by telephone by calling Chambers at 303-844-2403 at the scheduled time. Mr. Potashnick notifies parties to call in at 712-832-8310, Code # 6792194 at that time. **The parties are ordered to update the Court on discovery concerning FLSA claims.**

**9:44 a.m.**      **Court in recess.**

Hearing concluded.

Total in-court time:   00:11

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.